ALAN R. VARLEY *v.* NINA B. VARLEY

The motion by Henry D. Marcus to withdraw his appearance in behalf of the defendant in the appeal from the Superior Court in Hartford County is granted.

*Henry D. Marcus,* on the motion.

Argued October 1—decided October 1, 1974

R. FRANK TALARICO ET AL. *v.* GEORGE J. CONKLING, COMMISSIONER OF TRANSPORTATION

The defendant's motion for a directed judgment under § 696 of the Practice Book in the appeal from the Superior Court in New Haven County is denied.

*Victor Feingold,* assistant attorney general, for the appellant (defendant).

*John T. Cummiskey, Jr.,* for the appellee (plaintiff).

Argued October 1—decided October 1, 1974

JOHN H. TIERNEY *v.* AMERICAN URBAN CORPORATION

The Superior Court is authorized to grant the defendant's motion of July 29, 1974, for permission to file a corrected appeal and recognizance. The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*Alan Neigher,* for the appellee (plaintiff).

*Thomas P. Hackett,* for the appellant (defendant).